**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :

**AltosGroups, LLC**

Debtor.

Case No. **6:23-bk-00866-LVV**
Chapter 7

_____/

## TRUSTEE'S REPORT OF SALE

Trustee, Marie E. Henkel, gives notice of the completed sale pursuant to Notice of Sale dated July 2, 2026 (docket no. 508) of the estate's interest in the following:

| Item | Purchaser | Price |
|---|---|---|
| Final Judgment against PV Fund | SM Financial Services Corporation | |
| Final Judgment against David Ingram | P O Box  530 | |
| Final Judgment against The Spiro Group | Oldwick, NJ 08858 | |
| Total | | $   7,500.00 |

Dated : August 7, 2026

/s/ *Marie E. Henkel*
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile  : (407) 858-9466